UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-284 (SHS) |
| -v- | : | <u>ORDER</u> |
| JAMIL BANKS, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court having been notified that the arraignment scheduled for June 25, 2020, at 11:00 a.m. cannot proceed as a videoconference,

      IT IS HEREBY ORDERED that the arraignment on June 25 at 11:00 a.m. will proceed as a teleconference. The parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference.

Dated:  New York, New York
          June 23, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.