UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-284 (SHS) |
| -v- | : | ORDER |
| JAMIL BANKS, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     The correct number for co-counsel, members of the press, and the public to access the audio feed of the videoconference scheduled for July 14, 2020, at 11:00 a.m., is 855-268-7844, access code 67812309#, PIN 9921299#.

Dated: New York, New York
      July 9, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.