

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 12, 2020

<u>By ECF</u>

**MEMO ENDORSED, p. 2**

The Honorable Sidney H. Stein
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States* v. *Jamil Banks*, 20 CR 284 (SHS)

Dear Judge Stein,

        The Government writes on behalf of the parties to request respectfully that the Court further adjourn the conference currently scheduled for November 19, 2020 for approximately one additional month to a date and time that is convenient for the Court during the week of December 14, 2020 or thereafter by which time the parties now anticipate having concluded their discussions of a pre-trial disposition. At present, the parties continue to consider the disposition of the related violation of supervised release proceedings in 03 CR 7 (SHS), in connection with which there are parallel indictments pending in state court for which the next appearance is a conference scheduled for December 4, 2020. With the consent of the defendant, the Government requests respectfully that the Court exclude time under the Speedy Trial Act from November 19, 2020 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having further time in which to explore a pretrial disposition amidst the circumstances of the ongoing national emergency and the delays attendant to it with respect to achieving such a disposition, in particular on the global basis toward which the parties are working here.

                                  Respectfully submitted,

                                  AUDREY STRAUSS
                                Acting United States Attorney

            By: *Thomas John Wright*
                               Thomas John Wright
                                Assistant United States Attorney
                                (212) 637-2295

cc: John Meringolo (Counsel to Defendant Jamil Banks) (by ECF)

**The conference is adjourned to December 16, 2020, at 2:30 p.m. The time is excluded from calculation under the Speedy Trial Act from today until December 16, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**

**Dated:  New York, New York**
**November 12, 2020**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.