UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-284 (SHS) |
| -v- | : | <u>ORDER</u> |
| JAMIL BANKS, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A teleconference having been held today, with counsel for all parties and defendant participating,

      IT IS HEREBY ORDERED that:

1.    The last day for defendant to file motions is February 12, 2021;

2.    The government's response to any motions is due by February 23, 2021;

3.    The proposed jury charges, proposed *voir dire,* and any motions *in limine* are due on or before June 8, 2021;

4.    Responses to any motions *in limine* are due by June 15, 2021;

5.    There will be a final pretrial conference on June 22, 2021, at 11:00 a.m.;

6.    The trial is adjourned to July 12, 2021, at 9:30 a.m.; and

7.    The time is excluded from calculation under the Speedy Trial Act from today until July 12, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
      January 28, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

1