

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2021

**By ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States* v. *Jamil Banks*, 20 CR 284 (SHS)

Dear Judge Stein,

The Government writes on behalf of the parties to request respectfully an extension of the current schedule for pretrial submissions pending resolution of the defendant's motion to suppress. The parties anticipate that the resolution of that motion will substantially shape their submissions and may separately result in a prompt pretrial resolution of the case. For that reason, the parties jointly request that the date by which the parties must submit their requests to charge, proposed voir dire, and any *in limine* motions be extended from June 8, 2021 to June 18, 2021 and any responses thereto from June 15, 2021 to June 21, 2021, which the parties appreciate may require a parallel adjournment of the pretrial conference on June 22, 2021 to a date and time of convenience to the Court in advance of the trial scheduled to begin on July 12, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Thomas John Wright*

Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: John Meringolo (Counsel to Defendant Jamil Banks) (by ECF)

**The request to extend the deadlines as set forth above is granted. The final pretrial conference is adjourned to June 29, 2021, at 11:00 a.m.**

Dated: New York, New York
May 28, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.