UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,           :      20-Cr-284 (SHS)

      -v-                                                  :      ORDER

JAMIL BANKS,                                       :

      Defendant.                             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on Tuesday, April 12, 2022.

    IT IS HEREBY ORDERED that:

    1.    The proposed jury charges, proposed *voir dire,* and any motions *in limine* are due on or before March 14, 2022;

    2.    Responses to any motions *in limine* are due by March 21, 2022;

    3.    There will be a final pretrial conference on April 5, 2022, at 2:30 p.m.; and

    4.    The trial will begin on April 12, 2022, at 9:30 a.m.

Dated: New York, New York
       March 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.