UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-284 (SHS) |
| -v- | : | ORDER |
| JAMIL BANKS, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendant's sentencing date is adjourned to June 29, 2022, at 4:30 p.m.

Dated: New York, New York
       June 15, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.